RECEIVED

AUG 2 1 2008
Aug 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

VERLAINE B. JOREN )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )

v.

MicHaeL CHerto94 )
Secy, Dept of HomeLanD )
Security, Agency )
(Name of the defendant or defendants) )

CIVIL ACTION

## 08CV4757
## JUDGE BUCKLO
## MAG.JUDGE ASHMAN

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is VERLAINE B. JOREN of the county of COOK in the state of ILLINOIS.

3. The defendant is MicHaeL CHerto94 SECY. Dept of HomeLan Security, Agen whose street address is TSA Headquarters - West Tower 8th floor - Room 80YN - TSA - 2 601 S. 13th Street (city) ARLington (county) _____ (state) VA (ZIP) 22202-4220 ARLington, VA (Defendant's telephone number) (___) - _____

4. The plaintiff sought employment or was employed by the defendant at (street address) MIDWAY - INTERNATIONAL AIRPORT 5500 S. CICERO (city) CHICAGO (county) COOK (state) IL (ZIP code) 60632

5. The plaintiff [check one box]
   (a) ☐  was denied employment by the defendant.
   (b) ☐  was hired and is still employed by the defendant.
   (c) ☒  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year)_____.

7.**1**   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

      (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has not* filed a charge or charges against the defendant *has* asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i)    the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

    (ii)   ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

  (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days.** It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

        ☒   Yes (month)___*12*___ (day) *26* (year) *2005*

        ☐   No, did not file Complaint of Employment Discrimination

    2.    The plaintiff received a Final Agency Decision on (month)___*6*___ (day) *15* (year) *2008*.

    c.    Attached is a copy of the

      a.  Complaint of Employment Discrimination,

       ☒ YES   ☐ NO, but a copy will be filed within 14 days.

      (ii) Final Agency Decision

       ☒ YES   ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐ the United States Equal Employment Opportunity Commission has not issued a

*Notice of Right to Sue.*

(b)☒ the United States Equal Employment Opportunity Commission has issued a *Notice*

*of Right to Sue*, which was received by the plaintiff on (month)___ *6*___

(day)_*15*___ (year)_*08*___ a copy of which *Notice* is attached to this

complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a)☒ Age (Age Discrimination Employment Act).

(b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c)☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☒ Sex (Title VII of the Civil Rights Act of 1964)

10.   If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.   Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.   The defendant [*check only those that apply*]

(a)☐ failed to hire the plaintiff.

(b)☒ terminated the plaintiff's employment.

(c)☐ failed to promote the plaintiff.

(d)☐ failed to reasonably accommodate the plaintiff's religion.

(e)☐ failed to reasonably accommodate the plaintiff's disabilities.

(f)☒ failed to stop harassment;

(g)☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☐ other (specify):_____

_____

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

_____

14.    [*AGE DISCRIMINATION ONLY*]  Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☒ YES    ☐ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)☐    Direct the defendant to hire the plaintiff.

(b)☒    Direct the defendant to re-employ the plaintiff.

(c)☐    Direct the defendant to promote the plaintiff.

(d)☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)☒    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐    Direct the defendant to (specify): _____

_____

_____

_____

_____

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Verlaine B Joren_

(Plaintiff's name)

_VERLAINE B. JOREN_

(Plaintiff's street address)

_2362 183rd PLACE_

(City) _LANSING_    (State) _IL_    (ZIP) _60438_

(Plaintiff's telephone number) _708 - 895 - 0036_

Date: _8-21-2008_



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P. O. Box 19848**
**Washington, D.C. 20036**

Verlaine B. Joren,
Complainant,

v.

Michael Chertoff,
Secretary,
Department of Homeland Security,
Agency.

Request No. 0520080533

Appeal No. 0120061545

Agency No. 05-0483

<u>DENIAL</u>

Complainant timely requested reconsideration of the decision in *Verlaine B. Joren v. Department of Homeland Security*, EEOC Appeal No. 0120061545 (April 18, 2008). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. *See* 29 C.F.R. § 1614.405(b).

After reconsidering the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 0120061545 remains the Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request.

<u>COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0408)</u>

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court.

2                                                0520080533

"Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

<u>RIGHT TO REQUEST COUNSEL</u> (Z0408)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

*Carlton M. Hadden*

Carlton M. Hadden, Director
Office of Federal Operations

JUN 1 2 2008

Date

3                                              0520080505

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed.** I certify that this decision was mailed to the following recipients on the date below:

Verlaine B. Joren
2362 – 183rd Place
Lansing, IL  60438


U.S. Department of Homeland Security
Office of Chief Counsel
Transportation Security Administration
TSA Headquarters, West Tower
8th Floor, Room 804N, TSA-2
601 S. 12th St.
Arlington, VA  22202-4220


Tamara L. Miller, Director
Office of Civil Rights –
TSA Headquarters, West Tower
Second Floor South #TSA-6
601 S. 12th St.
Arlington, VA  22202-4220

JUN 1 2 2008
_____
Date


_____
Equal Opportunity Assistant