10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
Aug 21, 2008
AUG 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

VERLAINE B. JOREN
Plaintiff

v.

Michael Chertoff, Sec'y
Department of Homeland
Security Agency
Defendant(s)

08CV4757
JUDGE BUCKLO
MAG. JUDGE ASHMAN

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, VERLAINE B. JOREN, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 04-07 Self Employment - 1099 form
      Monthly salary or wages: $350.00 / week position
      Name and address of last employer: NIKE
      One Bowerman Dr - Beaverton, OR 97005

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                          ☐Yes   ☒No
      Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☐No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☐No Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☒Yes ☐No
Address of property: 2362 183rd PLACE LANSING, IL 60438
Type of property: Home   Current value: $110,000
In whose name held: VeoLaine Jaren Relationship to you: SELF
Amount of monthly mortgage or loan payments: $600.00
Name of person making payments: SELF

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8-21-2008

_____
Signature of Applicant

VERLAINE B. JOREN
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____        _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 10/10/2007

-3-

## IMPORTANT INFORMATION

### What If I Work Or Want To Return To Work?

If you work, you must call **1-800-772-1213** to tell us about any earnings you have. There are special rules that help people with disabilities return to work without losing their benefits and Medicare or Medicaid. Contact us for the free booklet, *Working While Disabled—How We Can Help* (Publication No. 05-10095).

## Your New Benefit Amount

BENEFICIARY'S NAME: VERLAINE B JOREN

Your Social Security benefits will increase by 2.3 percent in 2008, because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

### How Much Will I Get And When?

- Your new monthly amount (before deductions) is                                                        $807.00
- The amount we are deducting for Medicare medical insurance is                              $0.00
  (If you did not have Medicare as of Nov. 15, 2007,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for your Medicare prescription drug plan is            $0.00
  (If you did not elect withholding as of Nov. 1, 2007, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is                    $0.00
  (If you did not elect voluntary federal tax withholding as of
  Nov. 15, 2007, we show $0.00.)
- After taking any other deductions, we will deposit                                                      $807.00
  into your bank account on Jan. 8, 2008.

If you disagree with any of these amounts, you should write to us within 60 days from the date you receive this letter.

### What If I Have Questions?

Visit our website at *www.socialsecurity.gov* for information and a variety of online services. Or, call 1-800-772-1213 and speak to a representative from 7 a.m. until 7 p.m. on business days. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week and early in the month; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, 1-800-325-0778. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, you also can visit your local office.

                                104 S. HALSTED STREET
                                CHICAGO HEIGHTS IL

                                                                                                                    Over ▶

BNC#: 07B1852B64751

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2007**

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , 2007, ending , 20

OMB No. 1545-0074

**Label** (See instructions on page 12.) Use the IRS label. Otherwise, please print or type.

Your first name and initial | Last name
Your social security number
Spouse's social security number

If a joint return, spouse's first name and initial | Last name

Home address:
Verlaine Joren
2362 183rd Pl
Lansing, IL 60438-2646

Apt. no.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12)

**Filing Status**
Check only one box.

1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see page 14)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
b [ ] Spouse
c Dependents:
(1) First name  Last name  (2) Dependent's social security number  (3) Dependent's relationship to you  (4) ✓ if qualifying child for child tax credit (see page 15)

If more than four dependents, see page 15.

d Total number of exemptions claimed ................ 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ................ 7
8a Taxable interest. Attach Schedule B if required ................ 8a
 b Tax-exempt interest. Do not include on line 8a ........ 8b
9a Ordinary dividends. Attach Schedule B if required ................ 9a
 b Qualified dividends (see page 19) ........ 9b
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) ........ 10
11 Alimony received ................ 11
12 Business income or (loss). Attach Schedule C or C-EZ ................ 12  360
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] 13
14 Other gains or (losses). Attach Form 4797 ................ 14
15a IRA distributions . 15a     b Taxable amount (see page 21) 15b
16a Pensions and annuities 16a     b Taxable amount (see page 22) 16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ........ 17
18 Farm income or (loss). Attach Schedule F ................ 18
19 Unemployment compensation ................ 19
20a Social security benefits 20a  9416     b Taxable amount (see page 24) 20b  0
21 Other income. List type and amount (see page 24) ................ 21
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ 22  360

**Adjusted Gross Income**

23 Educator expenses (see page 26) ........ 23
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ 24
25 Health savings account deduction. Attach Form 8889 ........ 25
26 Moving expenses. Attach Form 3903 ........ 26
27 One-half of self-employment tax. Attach Schedule SE ........ 27
28 Self-employed SEP, SIMPLE, and qualified plans ........ 28
29 Self-employed health insurance deduction (see page 26) 29
30 Penalty on early withdrawal of savings ........ 30
31a Alimony paid  b Recipient's SSN ▶  31a
32 IRA deduction (see page 27) ........ 32
33 Student loan interest deduction (see page 30) ........ 33
34 Tuition and fees deduction. Attach Form 8917 ........ 34
35 Domestic production activities deduction. Attach Form 8903 35
36 Add lines 23 through 31a and 32 through 35 ................ 36
37 Subtract line 36 from line 22. This is your **adjusted gross income** ▶ 37  360

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.

COPY

Form 1040 (2007)

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 3,604 |
| | 39a | Check { ☐ You were born before January 2, 1943, ☐ Blind. } Total boxes<br>if: { ☐ Spouse was born before January 2, 1943, ☐ Blind. } checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,350 |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 31. | 41 | Subtract line 40 from line 38 | 41 | 0 |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | 42 | 3,400 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| | 44 | Tax (see page 33). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form(s) 8889 | 44 | 0 |
| • All others: | 45 | Alternative minimum tax (see page 35). Attach Form 6251 | 45 | |
| Single or Married filing separately, $5,350 | 46 | Add lines 44 and 45 | 46 | 0 |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| Married filing jointly or Qualifying widow(er), $10,700 | 49 | Education credits. Attach Form 8863 | 49 | |
| | 50 | Residential energy credits. Attach Form 5695 | 50 | |
| | 51 | Foreign tax credit. Attach Form 1116 if required | 51 | |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required | 52 | |
| Head of household, $7,850 | 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8859  c ☐ Form 8839 | 54 | |
| | 55 | Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form ____ | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 0 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Unreported social security and Medicare tax from: a ☐ Form 4137  b ☐ Form 8919 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax ▶ | 63 | 0 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| | 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 70 | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | 72 | 0 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 0 |
| Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 0 |
| | ▶ b | Routing number _____  ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number _____ | | |
| | 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ 75 | | 0 |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | 76 | |
| | 77 | Estimated tax penalty (see page 61) | 77 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☐ No |
| | Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ ☐☐☐☐☐ |
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
| Joint return? See page 13. Keep a copy for your records. | Your signature | Date | Your occupation | Daytime phone number ( ) |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| **Paid Preparer's Use Only** | Preparer's signature | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN<br>Phone no. ( ) |

Form **1040** (2007)

| SCHEDULE C-EZ (Form 1040) | Net Profit From Business (Sole Proprietorship) | OMB No. 1545-0074 2007 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (10) | ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041. ▶ See instructions on back. | Attachment Sequence No. 09A |

Name of proprietor: VERLAINE JONES

Social security number (SSN):

## Part I — General Information

You May Use Schedule C-EZ Instead of Schedule C Only If You:

- Had business expenses of $5,000 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as either a sole proprietor or statutory employee.

And You:

- Had no employees during the year.
- Are not required to file Form 4562, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, on page C-4 to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

A  Principal business or profession, including product or service
    SALES

B  Enter code from pages C-8, 9, & 10

C  Business name. If no separate business name, leave blank.

D  Employer ID number (EIN), if any

E  Business address (including suite or room no.). Address not required if same as on page 1 of your tax return.

   City, town or post office, state, and ZIP code

## Part II — Figure Your Net Profit

| | | |
|---|---|---|
| 1 | Gross receipts. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see Statutory Employees in the instructions for Schedule C, line 1, on page C-3 and check here . . . . . . . . . . . . ▶ ☐ | 1  4,350 |
| 2 | Total expenses (see instructions). If more than $5,000, you must use Schedule C . . . . . | 2  3,990 |
| 3 | Net profit. Subtract line 2 from line 1. If less than zero, you must use Schedule C. Enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13. (Statutory employees do not report this amount on Schedule SE, line 2. Estates and trusts, enter on Form 1041, line 3.) . . . . . . . . . . . . . . . . . . . . . . | 3  360 |

## Part III — Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 2.

4  When did you place your vehicle in service for business purposes? (month, day, year) ▶ ...../...../......

5  Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for:

a  Business .................... b  Commuting (see instructions) .................... c  Other ....................

6  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . ☐ Yes ☐ No

7  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . ☐ Yes ☐ No

8a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

For Paperwork Reduction Act Notice, see page 2.    Cat. No. 14374D    Schedule C-EZ (Form 1040) 2007

LIFT TO OPEN


Revenue Service (IRS) Notice 703 below to see if any of your ... in Box 1, if we have that number. Box 2—"Benefits Paid in ... shows the amount in Box 3 minus the amount in Box 4. An amount in

## FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2007**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

Box 1. Name
VERLAINE B JOREN

Box 2. Beneficiary's Social Security Number

Box 3. Benefits Paid in 2007
$9,465.00

Box 4. Benefits Repaid to SSA in 2007
NONE

DESCRIPTION OF AMOUNT IN BOX 3

| | |
|---|---|
| Paid by check or direct deposit | $9,278.00 |
| Medicare Part B premiums deducted from your benefits | $561.00 |
| Total Additions | $9,839.00 |
| Subtract Non-Taxable payments | $374.00 |
| Benefits for 2007 | $9,465.00 |

DESCRIPTION OF AMOUNT IN BOX 4
NONE

Box 6. Voluntary Federal Income Tax Withheld
NONE

Box 7. Address
VERLAINE B JOREN
2362 188 PL
LANSING IL 60438-2646

Box 8. Claim Number (Use this number if you need to contact SSA.)

Form SSA-1099-SM (1-2008)          DO NOT RETURN THIS FORM TO SSA OR IRS

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents $ | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|---|
| NIKE USA, INC.<br>503-532-2600<br>ONE BOWERMAN DRIVE<br>BEAVERTON   OR   97005-6453 | | 2 Royalties $ | 2007<br>Form 1099-MISC | |
| | | 3 Other Income $ | 4 Federal income tax withheld $ | Copy B<br>For Recipient |
| PAYER'S federal identification number<br>93-1243023 | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code<br>VERLAINE JOREN<br><br>2352 183RD PL<br><br>LANSING   IL   60438 | | 7 Nonemployee compensation<br>$ 4,350.00 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| Account number (see instructions)<br>5085779 | | 11 | 12 | |
| | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $<br>$ | 17 State/Payer's state no. | 18 State income $<br>$ |

Form 1099-MISC          (keep for your records)          Department of the Treasury - Internal Revenue Service