

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Verlaine B. Joren
(Please print)

STREET ADDRESS: 2362 183rd Place

CITY/STATE/ZIP: Lansing, IL 60438

PHONE NUMBER: 208 895-0036

CASE NUMBER: 08CV4757
JUDGE BUCKLO
MAG. JUDGE ASHMAN

Signature: Verlaine B Joren

Date: 8-1-2008

FILED
Aug 21, 2008
AUG 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT