## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4757 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Joren vs. Chertoff, et al. | | |

**DOCKET ENTRY TEXT**

The Clerk of the Court is directed to remove all references to plaintiff's social security number from the attachments to plaintiff's application to proceed in forma pauperis.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|

Case 1:08-cv-04757   Document 8   Filed 08/25/2008   Page 1 of 1

08C4757 Joren vs. Chertoff, et al.                                                                                   Page 1 of 1