## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4757 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Joren vs. Chertoff, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis is granted. The Clerk of the Court is directed to issue summons forthwith and the U.S. Marshal is directed to serve defendants with process. Plaintiff's motion for appointment of counsel is denied. Status hearing set for 11/21/08 at 10:00 a.m. at which time plaintiff must appear or the case will be dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|

Case 1:08-cv-04757   Document 9   Filed 09/02/2008   Page 1 of 1

08C4757 Joren vs. Chertoff, et al.                    Page 1 of 1